# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIRECTV, INC.,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:04-cv-1505-Orl-28JGG**

**PAULA MULLANEY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 21) filed June 9, 2005.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed June 29, 2005 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 21) is GRANTED.

3.      The Clerk is directed to enter judgment awarding Plaintiff Directv $3,355.00 in attorney's fees and $310.00 in costs, for a total of $3,665.00, as the prevailing party pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).  Thereafter, the Clerk shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14th day of July, 2005.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge

Counsel of Record

Unrepresented Party