# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIRECTV, INC.,**

                **Plaintiff,**

**-vs-**                                         **Case No.  6:04-cv-1505-Orl-28JGG**

**PAULA MULLANEY,**

                **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff, *Directv, Inc.*, recover of the defendant, *Paula Mullaney*, **attorney's fees  in  the  amount of $3,355.00 and costs in the amount of $310.00, for a total sum of $3,665.00.**

Date:   July 15, 2005

                                                SHERYL L. LOESCH, CLERK

                                                s/ *M. Pleicones*, Deputy Clerk